```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

MALIBU MEDIA, LLC,            *

    Plaintiff            *

vs            *    1:13-cv-02701

JOHN DOE subscriber assigned   *   Honorable Ellen L. Hollander
IP address 69.143.149.207
                                  *

    Defendant
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER TO COMPLAINT

The Defendant, JOHN DOE, by and through his attorney, Brian Bennett, pursuant to the Federal Rules of Civil Procedure, hereby files this Answer to Amended Complaint, and further states as follows:

1. Defendant denies the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33 and 34 of the Complaint.

2. Except as expressly admitted herein, the Defendant denies all of the allegations of the Amended Complaint.

### FIRST AFFIRMATIVE DEFENSE

3. As a First and Separate Affirmative Defense, this answering Defendant alleges that the Plaintiff's Complaint and each claim for relief stated therein fails to state facts sufficient to state a claim against this Answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

4. As a Second and Separate Affirmative Defense, this answering Defendant alleges that the Plaintiff's Complaint and each claim for relief stated therein fails due to the Plaintiff's having elected alternative remedies, pursuant to virtually identical claims made by them against other Defendants that are mutually exclusive with the allegations made herein.

### THIRD AFFIRMATIVE DEFENSE

5. As a Third and Separate Affirmative Defense, this answering Defendant alleges that the Plaintiff's Complaint and each claim for relief stated therein fails due to the assumption of a known and bargained for risk of loss by the Plaintiff.

FOURTH AFFIRMATIVE DEFENSE

6. As a Fourth and Separate Affirmative Defense, this answering Defendant alleges that the Plaintiff's Complaint and each claim for relief stated therein fails due to the contributory negligence of the Plaintiff.

FIFTH AFFIRMATIVE DEFENSE

7. As a Fifth and Separate Affirmative Defense, this answering Defendant alleges that the Plaintiff's Complaint and each claim for relief stated therein fails due to a failure of consideration by the Plaintiff for each and every alleged promise, assurance, guarantee, information, representation, or the like, allegedly made by the Defendant at any time after the entry into the Plaintiff's alleged website.

SIXTH AFFIRMATIVE DEFENSE

8. As a Sixth and Separate Affirmative Defense, this answering Defendant alleges that the Plaintiff's Complaint and each claim for relief stated therein fails due to the Plaintiff's being estopped to allege any fact or circumstance relating to their alleged copyright.

WHEREFORE, the Defendant, JOHN DOE, having Answered the Plaintiff's Complaint requests that it be dismissed with prejudice and the payment of costs and attorney's fees.

/s/Brian Bennett
Brian Bennett
2211 Eastern Boulevard
Baltimore, Maryland  21220
(410) 687-4700
Fax (410) 687-4744

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this     day of January, 2014, a copy of the foregoing has been filed with the Clerk of the Court via the Court's ECF filing system, thereby serving it upon all counsel of record.

Jon A. Hoppe
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
Attorney for Defendant

/s/Brian Bennett
Brian Bennett