**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

February 12, 2014

LETTER TO COUNSEL

    Re:    *Malibu Media, LLC v. DOE*
             Civil No: ELH-13-02701

Dear Counsel:

    This will confirm the substance of our lengthy telephone conference held on February 12, 2014.

    It appears that the subscriber to the IP address identified in the suit most likely did not engage in copyright infringement, based on information obtained during the deposition of the subscriber. Moreover, counsel for the subscriber filed an answer to the lawsuit, even though service of process had not yet been made.

    Based on the foregoing, counsel have requested a stay with respect to issuance of a scheduling order. I will grant the request, and stay the matter for 45 days. A joint status report is due by March 31, 2014.

    In the interim, it is my understanding that plaintiff's counsel may seek to depose the subscriber's spouse and/or other family members of the subscriber. Such action must be based on a motion filed with and approved by the Court, supported by legal authority. In addition, it must be served upon opposing counsel, as well as the proposed deponent, who may wish to secure counsel.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                           Sincerely,

                                           /s/
                                         Ellen Lipton Hollander
                                         United States District Judge